# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TERENCE ROBINSON,

        Petitioner,        CASE NO: 10-cv-12206

v.        JUDGE PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

NICK LUDWICK,

        Respondent.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 4, 2010, Petitioner Terence Robinson, a state prisoner currently incarcerated at the St. Louis Correctional Facility in St. Louis, Michigan, filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254, claiming that he is incarcerated in violation of his constitutional rights. On June 9, 2010, the Court issued Orders to Correct Deficiency because he failed to submit two copies of his petition as required by Rule 3(a), Rules Governing Section 2254 Cases and also failed to submit either the $5.00 filing fee or an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915. The Court required Petitioner to correct the deficiencies within twenty-one days and cautioned that failure to do so could result in dismissal of the petition. The time for correcting the deficiencies has passed and Petitioner has failed to do so.

Accordingly, **IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: July 19, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 19, 2010.

                                                     S/Denise Goodine
                                                     Case Manager